# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

JULIAN ORTIZ CASTILLO

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0492

———————————————

May 24, 2024

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Richard C. Reinhart, Bradenton, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.